IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stover, Heather R

Printed: 11/20/07

Case Number: 07 B 14753
Judge: Wedoff, Eugene R
Filed: 8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 4, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HFC | Secured | 0.00 | 0.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 5. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 6. | WM Mortgage | Secured | | No Claim Filed |
| 7. | Household Financial Corporation | Secured | | No Claim Filed |
| 8. | WM Mortgage | Secured | | No Claim Filed |
| 9. | Household | Unsecured | | No Claim Filed |
| 10. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 11. | City Of Chicago | Unsecured | | No Claim Filed |
| 12. | Advocate Christ Medical Center | Unsecured | | No Claim Filed |
| 13. | First Premier | Unsecured | | No Claim Filed |
| 14. | University Of Chicago High School | Unsecured | | No Claim Filed |
| 15. | RMCB | Unsecured | | No Claim Filed |
| 16. | Cook County Sheriff Department | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Stover, Heather R

Printed:  11/20/07

Case Number:  07 B 14753
Judge:  Wedoff, Eugene R
Filed:  8/15/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_